## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

| | | |
|---|---|---|
| JERRY CROSBY, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 2:10-cv-00051-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

### ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. However, the Commissioner objects to the fees being paid directly to Plaintiff's attorney. After careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney fees in the amount of $1,984.12 (9.40 attorney hours at $175.00, 4.30 paralegal hours at $75.00, and $16.62 in expenses).

2. The award of EAJA fees shall be paid directly to Plaintiff's counsel subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this 4th day of August, 2011.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE